# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SARAH K. FLOYD                                                                          PLAINTIFF

V.                             NO. 3:09CV00179 JTR

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 2nd day of February, 2011.

_____
UNITED STATES MAGISTRATE JUDGE